AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No.  3:18mj1621 (SALM)
)
A private residence located at 9 North Bank Street in New Haven, )
Connecticut that is a three story, single family home located on the )
North side of North Bank Street.  The building is clad in greenish vinyl )
siding and has white trim around the windows with no shutters. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

### See Attachment A

located in the _____ District of _____ Connecticut _____ , there is now concealed *(identify the person or describe the property to be seized)*:

### See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute and distribution of narcotics |
| 21 U.S.C. § 846 | Conspiracy to distribute narcotics |

The application is based on these facts:

### See Attached Affidavit of U.S. Postal Inspector Jeremy Tendler

☐ Continued on the attached sheet.

☐ Delayed notice of   30   days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jeremy Tendler, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  10/18/2018

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state:  New Haven, CT

Honorable Sarah A. L. Merriam, U.S. Magistrate Judge
*Printed name and title*