AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:18 mj 1621 (Salm) | Date and time warrant executed:<br>10/25/2018 approx 10:30am | Copy of warrant and inventory left with:<br>Ernest Canteen |
| Inventory made in the presence of : Jesse Nason, USPIS | | |
| Inventory of the property taken and name of any person(s) seized:<br>See attached inventory Consisting of 2 pages | | |

FILED

2018 NOV -5 P 2: 24

U.S. DISTRICT COURT
NEW HAVEN, CT.

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/5/2018

_Executing officer's signature_

Jeremy S. Towler, U.S. Postal Inspector
_Printed name and title_

# SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: Erenest Canteen    Date: 10/25/18

Subject Address: 9 N. Bank    Floor/Room No.: _____

Inspector(s): Tendler    Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | 9mm Round - CT AC-28974 |
| 3 | Tablets 2 IPAD 1 Samsung |
| 1 | Sm BLK SAFE |
| 4 | 1 BLK IPAD, 1wht IPAD, 1purple HP Laptop 1Silver MacBook Pro |
| 1 | Notebook + Bulk Documents |
| 1 | Acer Laptop |
| 1 | Glass pipe |
| 1 | Segate Hard drive |
| 1 | wht iPhone |
| 1 | Pink iPhone |
| 1 | baggie wht powder |
| 2 | wht drop bottles |
| 4 | drop bottles |
| 1 | Blue bottle |
| 1 | Blue bottle w/ liquid |
| 1 | bag wht powder |
| 1 | Glass pipe |
| 1 | Pill bottle w/ liquid |
| 1 | Capsules (Home made) |
| Approx 15 | Marijuana Plants |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Control Officer (Attach to PS 714)

Page 1 of 2 pages

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / ____

Subject Name: Ernst CANTEEN

Date: 10/25/18

Subject Address: 9 N. BANK New Haven

Floor/Room No.: _____

Inspector(s): Tendler

Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: ____

Other: _____ Shelf: _____ Table: _____ Wall: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Fan, filter and other mj grow equip. |
| 1 | Plastic bag w/ residue |
| 1 | Small Digital Scale |
|  | $ 4,235 US currency |
| 1 | Baggie wht powder. |
| 1 | Blue HP Loptop |
| 3 | Imac Pro |
| 1 | Mac Keyboard + Mouse pad |
| 1 | Zmodo Digital Video Recorder |
|  | ——— Nothing Follows ——— |

DISTRIBUTION OF COPIES: White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS 714)
Pink - Subject Searched
Green - Evidence Control Officer (Attach to PS 714)

Page 2 of 2 pages