AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:18mj1621(SALM) | Date and time warrant executed: Not Executed | Copy of warrant and inventory left with: Not Executed |
| Inventory made in the presence of : Not Executed | | |
| Inventory of the property taken and name of any person(s) seized: | | |

— This warrant was not executed —

FILED 2018 NOV -5 P 2:26 U.S. DISTRICT COURT NEW HAVEN, CT.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/5/2018

*Executing officer's signature*

Jeremy S. Tendler, U.S. Postal Inspector
*Printed name and title*