UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Sealed Search Warrant | Case No. 3:18mj1621(SALM) |
| | February 7, 2022 |

## MOTION TO UNSEAL MATTER BUT FILE REDACTED VERSIONS OF THE APPLICATIONS, AFFIDAVITS, and SEARCH WARRANTS

This matter (involving an application for a search warrant and then an amended application for the same location) was originally sealed on October 18, 2018. The United States has no objection to the unsealing of this matter.

However, the Government respectfully requests to file redacted versions of the following and having the original versions of these documents remain under seal:

- Application for Search Warrant (Doc. 1)
- Affidavit (Doc. 1-1)
- Search Warrant (Doc. 2)
- Amended Application (Doc. 5)
- Amended Affidavit (Doc. 5-1)
- Amended Search Warrant (Doc. 6)
- Executed Return (Doc. 9)

Specifically, the Government proposes to redact the names and identifying information of the targets who were under investigation in 2018 but ultimately not charged with any federal violations. Redacting the identifying information of these individuals is

1

narrowly tailored to protect their rights (having not been charged with any crimes) while allowing the public to have access to the bulk of the documents.

Proposed redacted versions of the documents identified above are being filed herewith.

                                            Respectfully submitted,

                                            LEONARD C BOYLE
                                            UNITED STATES ATTORNEY
                                            */s/ Sarah P. Karwan*

                                            _____
                                            SARAH P. KARWAN
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Federal Bar No. ct22911
                                            U.S. Attorney's Office
                                            157 Church Street, 25th Floor
                                            New Haven, CT   06510
                                            Tel.:   (203) 821-3700
                                            sarah.p.karwan@usdoj.gov