UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Sealed Search Warrant | Case No. 3:18mj1621(SALM) |
| | February 7, 2022 |

## MOTION TO UNSEAL MATTER

This matter was originally sealed on October 18, 2018. The United States has no objection to the unsealing of this matter.

The undersigned originally filed a motion requesting to file redacted versions of some of the docket entries in this case because the individuals identified were not charged federally. However, the undersigned now understands that the individuals identified were charged with State of Connecticut criminal violations in connection with the matters discussed in the affidavit. Thus, there does not appear to be a need to maintain the docket under seal.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY
*/s/ Sarah P. Karwan*

_____
SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct22911
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT   06510
Tel.:   (203) 821-3700
sarah.p.karwan@usdoj.gov

1